

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

| | |
|---|---|
| Cause Number: | 01-17-00571-CR |
| Trial Court Cause Number: | 15-01993-CRF-85 |
| Style: | Talawrence Donyea Tennell |
| | **v** The State of Texas |
| Date motion filed*: | October 2, 2018 |
| Type of motion: | State's Motion for Extension of Time |
| Party filing motion: | State |
| Document to be filed: | State's Response to Appellant's Motion for Rehearing and Motion for En Banc Reconsideration |

Is appeal accelerated? ☐ Yes   ☒ No

If motion to extend time:

| | |
|---|---|
| Original due date: | October 3, 2018 |
| Number of previous extensions granted: | None |
| Date Requested: | 7 days |

Ordered that motion is:

☒ Granted

      If document is to be filed, document due: **October 10, 2018**

      ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

      ☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Michael Massengale
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Justices Keyes, Bland, and Massengale

Date: October 9, 2018